**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| MICHAEL J. POWELL, | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 1:09-CV-140 (WLS) |
| CHRISTOPHER RAILEY, *Superintendent*, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 22, 2010. (Doc. 12). It is recommended that Respondent's Motion to Dismiss Petition as Untimely and/or for Lack of Exhaustion (Doc. 7) be granted. (Doc. 12 at 2). The Report and Recommendation provided Petitioner with fourteen (14) days to serve and file written objections to the recommendations therein with this Court. (*Id.*). The period for objections has expired, and no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss Petition as Untimely and/or for Lack of Exhaustion (Doc. 7) is **GRANTED**, and consequently Petitioner's Petition for Writ of Habeas Corpus (Doc. 2) is **DISMISSED**.

**SO ORDERED**, this  20th  day of July, 2010.

　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1